IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OSCAR FLORES, <br> JONATHAN JUAREZ-HERNANDEZ, <br>   a/k/a/ Antonio, and <br> OLIVIA HERNANDEZ-GALVAN <br><br> Defendants. <br>_____/ | No. CR 11-0274 WHA |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN JUAREZ-HERNANDEZ <br><br> Defendant. <br>_____/ | No. CR 11-0759 CRB <br><br> **ORDER FINDING CASES ARE NOT RELATED** |

Having reviewed the administrative motion to consider whether the above-captioned cases are related, this order finds that they are not. Defendant in the undersigned judge's case entered a plea on October 17. That case involved production of fraudulent documents. The plea resolved the case. Although some of the evidence obtained in case CR 11-0759 was discovered during execution of a search warrant for documents in the fraudulent documents case, that fact does not provide a basis for relation of the cases. The government asserts that some of the evidence in the two cases is "inextricably linked," but provides no basis to support this assertion. The nature of the two cases is different, requiring application of different sentencing rules. The government

asserts that assignment of the cases to a single judge will conserve judicial resources and promote efficient determination of each action. The fraudulent documents case is resolved, requiring no further investigation into evidentiary issues. Thus, there is not likely to be substantial duplication of labor.

**IT IS SO ORDERED.**

Dated: October 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE