1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4

5  PATRICIA SPALETTA (CABN 156788)
   Special Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:    (415) 552-6031
8      Facsimile:    (415) 436-7234
       Patricia.Spaletta@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,          )   No. CR 11-0274 WHA
                                      )
17         Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                      )   PRELIMINARY ORDER OF FORFEITURE
18      v.                            )
                                      )
19 JONATHAN JUAREZ-HERNANDEZ,         )
                                      )
20         Defendant.                 )
                                      )
21

22

23         Pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, the undersigned

24 submits this proposed preliminary order of forfeiture.

25         On October 17, 2011, defendant Jonathan Juarez-Hernandez pled guilty to the following

26 five counts of the Superseding Indictment: Counts Two and Four, Production of False

27 Identification Documents, in violation of 18 U.S.C. § 1028(a)(1); Counts Three and Five,

28 Transfer of False Identification Documents, in violation of 18 U.S.C. § 1028(a)(2); and Count

1  Six, Possession of a Document Making Implement, in violation of 18 U.S.C. § 1028(a)(5). The
2  Superseding Indictment contains a forfeiture allegation. The parties agree that the defendant
3  agrees to forfeit all contraband seized by law enforcement in this case from his possession or
4  control, including but not limited to, the computers, paper cutter, laminator, false identification
5  documents, cell phones, computer diskettes, computer hardware, and printers. The parties agree
6  that these items are specifically contained in Attachment A of this Order.
7     Accordingly, the Court has determined, based upon the defendant's guilty plea to Counts
8  Two through Six, that all property named in Attachment A of this Order is subject to forfeiture
9  pursuant to 18 U.S.C. §§ 982(a)(2)(B), and 1028(b)(5), that the defendant had an interest in such
10 property, and that the government has established the requisite nexus between such property and
11 the offenses.
12
13
14                     MELINDA HAAG
                     United States Attorney
15
16 DATED: December 19, 2011        /s/
17                      PATRICIA SPALETTA
                     Special Assistant United States Attorney
18
19 DATED: December 19, 2011        /s/
                     GEORGE BOISSEAU
20                      Counsel for Defendant
21
22 SO ORDERED.
23
24 DATED:  December 19, 2011.
25                      William Alsup
                     UNITED STATES DISTRICT JUDGE
26
27
28